

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00560-CR

Nico Allen-Antonio **COGDILL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 18th Judicial District Court, Johnson County, Texas
Trial Court No. F45973
Honorable John Edward Neill, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 17, 2014.

_____
Marialyn Barnard, Justice